**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 132 EAL 2019
                                  :
             Respondent           :
                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court
             v.                     :
                                  :
                                  :
JEROME  MCINTYRE,              :
                                  :
             Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW,** this 4th day of September, 2019, the Petition for Allowance of Appeal

is **GRANTED.**  The issues, as stated by Petitioner are:

1.     Whether the Superior Court erred by failing to apply the standard delineated in *Teague v. Lane* (1989) and its progeny, including and specifically *Montgomery v. Louisiana* (2016), allowing a retroactive application in collateral proceedings for new substantive rules, as it is United States Supreme Court precedent?

2.     Whether a complete and fundamental miscarriage of justice issued fatally depriving Appellant of his constitutional rights to due process under the United States and Pennsylvania Constitutions where the court of original jurisdiction lacked subject matter jurisdiction to prosecute in this instant case?

3.     Whether *Commonwealth v. Neiman* and/or *Commonwealth v. Derhammer*, both Pennsylvania Supreme Court precedents, are to be applied to his first timely PCRA as new substantive rules in accord with the United States and Pennsylvania Constitutions?

The Prothonotary is directed to forward this order and the underlying Petition for Allowance of Appeal to the *pro bono* coordinator for possible selection of counsel to represent Petitioner for purposes of the appeal.